# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,   ) <br> ) <br> Plaintiff,   ) <br> v.   ) <br> ) <br> CSK AUTO, INC. d/b/a KRAGEN AUTO   ) <br> SUPPLY #538, et al.,   ) <br> ) <br> Defendants.   ) <br> ) | Civil No. 07cv498 J (BLM) <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY** |

Before the Court is the parties' Joint Motion for dismissal with prejudice of all defendants. [Doc. No. 10.] **IT IS HEREBY ORDERED** that all Defendants, including CSK Auto Inc. d/b/a Kragen Auto Supply #538; Riley J. Lively, trustee; Onie O. Lively, trustee; and John S. Lively, trustee, are dismissed with prejudice, and Plaintiff's Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

DATED: May 22, 2007

_____
HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge Major
   All Parties

1

07cv498 J (BLM)